IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MAHMOUD MOHAMMED MOHAMME ELGENDY,<br><br>              Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement, in their official capacities,<br><br>              Respondents. | 0:26-cv-00646-SHL-SGE<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT:

1. Petitioner alleges that he has been granted asylum. Respondents are directed either to (a) immediately release Petitioner or (b) file an answer to Petitioner's petition for a writ of habeas corpus by no later than January 28, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case. Respondents must, among other things, address Petitioner's claim that he has already been granted asylum.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining Respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

  d. Whether Petitioner was arrested pursuant to a warrant and, if so, a copy of such warrant.

3. If Petitioner intends to file a reply to Respondents' answer, Petitioner must do so by no later than January 30, 2026.

4. Petitioner did not attach the May 11, 2023, asylum ruling or any related documentation to the petition. Petitioner is granted leave to file these materials—and is encouraged to do so as soon as possible. The Court may choose to order immediate release if proof of Petitioner's asylum ruling is provided to the Court.

5. Respondents are ENJOINED from moving Petitioner outside of Minnesota until further order of the Court so that Petitioner may consult with counsel while the Court is considering the petition and to avoid any risk that removal of Petitioner from Minnesota will deprive this Court of jurisdiction.

6. Respondents must immediately provide Petitioner access to necessary medications, including medication for diabetes.

Dated: January 26, 2026

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE