IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MAHMOUD MOHAMMED MOHAMME ELGENDY,<br><br>               Petitioner,<br><br>vs.<br><br>PAMELA BONDI, Attorney General; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; TODD M. LYONS, Acting Director of Immigration and Customs Enforcement; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, Acting Director of St. Paul Field Office, U.S. Immigration and Customs Enforcement, in their official capacities,<br><br>               Respondents. | 0:26-cv-00646-SHL-SGE<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT:

1. In his Verified Petition, Petitioner alleged that he has been granted asylum and has been working as an educator since February 2022, while also pursuing a master's degree from the University of St. Thomas. He did not, however, submit the Immigration Judge's asylum ruling. He has now done so. (ECF 6.)

2. Petitioner acknowledges that the Government appealed the Immigration Judge's order. (ECF 5, p. 2; ECF 5-2, p. 3; ECF 6, p. 2.) The appeal is pending. As it currently stands, however, he is a successful applicant for asylum who has been in the community for well over three years prior to being detained on January 25, 2026.

3. Given the updated record, the Court is unaware of any lawful basis for Petitioner to have been taken into custody. If Respondents wish to try to establish otherwise, they must present relevant evidence and authority by **January 27, 2026, at 3:00 PM.** The Court will immediately review any submission Respondents make.

4. Absent further Court Order, Respondents must release Petitioner from custody on **January 27, 2026, at 4:00 p.m.**

5. This Order supersedes and replaces all prior deadlines.

Dated: January 26, 2026

_____
Stephen H. Locher
UNITED STATES DISTRICT JUDGE